UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Eddy Joseph                                         Case No. 15-30625 AJC
                                                             Chapter 13

_____Debtor___/

## EX-PARTE MOTION TO SUBSTITUTE DEBTOR'S COUNSEL

Lissette Labrousse is no longer employed with Legal Services of Greater Miami, Inc., Nicole Giuliano, attorney, moves to be substituted as counsel for Debtor Eddy Joseph, and states that the Debtor agree to the substitution.

Dated February 12, 2016.

Respectfully submitted,

By _____/s/_____
Nicole Giuliano, Esq.
Florida Bar No.: 71067
Giuliano Law, P.A.
500 E. Broward Blvd., Suite 1710
Ft. Lauderdale, Fl 33394
Telephone: (954) 848-2940
nicole@giulianolaw.com

*as of counsel to*
LEGAL SERVICES OF GREATER MIAMI, INC.
3000 Biscayne Blvd., Suite 500
Miami, Fl 33137
Telephone: (305) 438-2447
Primary Email: ngiuliano@legalservicesmiami.org
Secondary Email: crodriguez@legalservicesmiami.org