## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: EDDY JOSEPH

Case No. 15-30625-AJC
Chapter 13

_____ Debtor /

## CERTIFICATE OF SERVICE

I certify that a true copy of the Order Granting Debtor's Ex-Parte Motion to Substitute Counsel (DE 32) was served as follows:

**On February 17, 2016, by electronic filing to:**

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott C. Lewis for Residential Credit Solutions
bkfl@albertellilaw.com

**On February 22, 2016, by US first class mail to:**

Acceptance Now
444 Highway 96 E
Saint Paul, MN 55127

Aldrige Pite, LLP
1615 South Congress Avenue
Ste. 200
Delray Beach, FL 33445

AT&T SE Formerly Bell South
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324

Bank of America
100 North Tryon Street
Charlotte, NC 28255
Bank of America
PO Box 982235

El Paso, TX 79998

Chase Card
PO Box 15298
Wilmington, DE 19850

City of North Miami
776 NE 125 Street
Miami, FL 33168

Comcast
Comcast Bankruptcy Department
1701 JFK Boulevard
Philadelphia, PA 19103

Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

IC System Inc.
P.O. Box 64378
Saint Paul, MN 55164

Ocwen Loan Servicing, LLC
1661 Worthington Road
Ste. 100
West Palm Beach, FL 33409

Ray Strauss, Esquire
Ray Strauss, P.A.
17270 NE 19th Avenue
Miami, FL 33162

Residential Credit Solutions
P.O. Box 163229
Fort Worth, TX 76161-3229


Sprint
P.O. Box 4191
Carol Stream, IL 60197

Three Horizons North Condominium Assoc.
c/o Ray Strauss, P.A.
17270 NE 19th Avenue
Miami, FL 33162

                        Respectfully submitted,

                    By   /s/ *Nicole Giuliano*
                    Nicole Giuliano, Esq.
                    Florida Bar No.: 71067
                    Giuliano Law, P.A.
                    500 E. Broward Blvd., Suite 1710
                    Ft. Lauderdale, Fl 33394
                    Telephone: (954) 848-2940
                    nicole@giulianolaw.com

                    *as of counsel to*
                    LEGAL SERVICES OF GREATER MIAMI, INC.
                    3000 Biscayne Blvd., Suite 500
                    Miami, Fl 33137
                    Telephone: (305) 438-2447
                    Primary Email: ngiuliano@legalservicesmiami.org
                    Secondary Email: crodriguez@legalservicesmiami.org